UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:
   Rufus Harris

                      Debtor

CASE NO: 16-30505
     (Chapter 13)

JUDGE GUY R. HUMPHREY

## WITHDRAWAL OF TRUSTEE'S MOTION OBJECTING TO ALLOWANCE OF CLAIM

Now comes the Chapter 13 Trustee herein and withdraws the Motion of April 7, 2016 objecting to the claim of UNITED CONSUMER FINANCIAL SERV (Docket Number: 20).

(Court Claim # 4, Trustee Claim # 00029)

The Creditor provided the Trustee with a legible security agreement.

/s/ Jeffrey M. Kellner
 Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

### CERTIFICATE OF SERVICE

16-30505

I hereby certify that on April 21, 2016, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

THOMAS D BERRY
4630 SALEM AVE
DAYTON, OH 45416

And on the following by ordinary U.S. Mail, on April 21, 2016:

Rufus Harris
4732 Olive Rd
Trotwood, OH 45426

(30.1n)
MARTINA M DILLON
GOTTSCHLICH & PORTUNE LLP
201 EAST SIXTH STREET
DAYTON, OH 45402

(28.1n)
UNITED CONSUMER FINANCIAL SERV
%BASS & ASSOCIATES
3936 E FT. LOWELL RD STE 200
TUCSON, AZ 85712

Jeffrey M Kellner, Trustee

/s/ Jeffrey M. Kellner _____ mb

1630505_273_20160421_1257_323/T301_mb
###